IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RANDY FLOWERS,

Plaintiff,

v. No. 2:19-cv-1219 GBW/KRS

UNITED PARCEL SERVICE, INC.,

Defendant.

**ORDER ON UNOPPOSED MOTION FOR**
**WITHDRAWAL AND NOTICE OF SUBSTITUTION OF COUNSEL**

This matter comes before the Court on the Unopposed Motion for Withdrawal and Substitution of Counsel submitted by Defendant United Parcel Service, Inc. ("UPS"). The Court has been advised that the client, UPS, consents to the Motion and this Order.

NOW, THEREFORE, IT IS ORDERED that the law firms of Phelps Dunbar LLP and Modrall, Sperling, Roehl, Harris & Sisk, P.A. are hereby substituted as counsel for Defendant UPS and that the law firm of BurnsBarton PLC is hereby withdrawn as counsel for Defendant UPS.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**SUBMITTED:**

MODRALL SPERLING ROEHL
HARRIS & SISK, P.A.

By: */s/ Megan T. Muirhead*
Jennifer G. Anderson (janderson@modrall.com)
Megan T. Muirhead (mmuirhead@modrall.com)
P. O. Box 2168
Albuquerque, NM 87103-2168
(505) 848-1800 /Fax (505) 848-9710

and

J. Day Peake III (day.peake@phelps.com)
PHELPS DUNBAR LLP
101 Dauphin Street, Suite 1000
Mobile, AL 36602
(251) 441-8246 / Fax (251) 433-1820

and

Michael B. Victorian (michael.victorian@phelps.com)
PHELPS DUNBAR LLP
II City Plaza 400 Convention Street, Suite 1100
Baton Rouge, LA 70802-5618
(225) 376-0249 / Fax (225) 381-9197

*Attorneys for Defendant*

**APPROVED:**

GILPIN LAW FIRM, LLC

By: */s/ Donald G. Gilpin*

Donald G. Gilpin (ggd48@aol.com)
Christopher P. Machin (cmachin@thegilpinlawfirm.com)
*Attorneys for Plaintiff*
6100 Indian School Road, NE, Suite 115
Albuquerque, NM 87110
(505) 244-3861 / Fax (505) 254-0044

and

BURNSBARTON PLC

By: */s/ David T. Barton*

David T. Barton (david@burnsbarton.com)
2201 E. Camelback Road, Suite 360
Phoenix, AZ 85016
(602) 753-4500

K:\dox\client\90000\567\W3991448.DOCX