IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| RANDY FLOWERS, | } | |
| --- | --- | --- |
| Plaintiff, | } | |
| vs. | } | Civ. No. 2:19-cv-19-1219-GBW/KRS |
| UNITED PARCEL SERVICE, INC. | } | |
| Defendant. | } | |

## STIPULATED ORDER TO VACATE SETTING AND RESET

THIS MATTER having come before the Court on the parties' Stipulated Motion to Vacate Status Conference on April 8, 2021 at 9:00 am, the Court being fully advised, FINDS that the Stipulated Motion to Vacate is well taken and is hereby granted.

IT IS HEREBY ORDERED that the hearing set for April 8, 2021 at 9:00 am is vacated.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Approved and Submitted by:

THE GILPIN LAW FIRM

*/s/ Donald G. Gilpin*
Donald G. Gilpin
Christopher P. Machin
6757 Academy Rd. NE, Suite B
Albuquerque, NM 87109
(505) 254-0044
ggd48@aol.com
cmachin@thegilpinlawfirm.com
*Attorneys for Plaintiff*

AND

MODRALL SPERLING ROEHL
HARRIS & SISK, P.A.

*Approved via email dated  3-5-21*
Jennifer G. Anderson
Megan T. Muirhead
P. O. Box 2168
Albuquerque, NM 87103-2168
(505) 848-1800 /Fax (505) 848-9710
janderson@modrall.com
mmuirhead@modrall.com
*Attorneys for Defendant*

PHELPS DUNBAR LLP

*/s/ Approved via email dated 3-3-21*
Michael B. Victorian
J. Day Peake III
II City Plaza 400 Convention Street, Suite 1100
Baton Rouge, LA 70802-5618
(225) 376-0249 / Fax (225) 381-9197
michael.victorian@phelps.com
day.peake@phelps.com
*Attorneys for Defendant*