IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RANDY FLOWERS,

    Plaintiff,

v.                                                                     No. 2:19-cv-1219 GBW/KRS

UNITED PARCEL SERVICE, INC.,

    Defendant.

## AMENDED ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

THIS MATTER is before the Court on the parties' Joint Motion to Extend Dispositive Motion Deadline, (Doc. 66). Having reviewed the Motion and record of this case, and having consulted with the presiding judge, the Court will grant the Motion and extend the deadlines in this case as follows:

(a) Motions relating to discovery:    **Due ten (10) days after the completion of the last deposition**;

(b) Dispositive motions:    **October 18, 2021**;

(c) Pretrial order:    Plaintiff to Defendant by:    **December 17, 2021**;
                        Defendant to Court by:    **December 24, 2021**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE